Settlement/Hearing: November 9th, 2009


Settlement/Hearing: November 9th, 2009
Time:   10:00 A.M.      .

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                    Chapter 13
                                          Case No. 09-22939 RDD

**DIANE E. HIXSON AND**
**SYLVESTER HIXSON,**
                                          **NOTICE OF SETTLEMENT**

                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon. Robert D  Drain,  United States Bankruptcy

Judge, on the 9th  day of  November, 2009  at 10:00 A.M. at the United States Bankruptcy Court,

300 Quarropas  Street, White Plains, New York.

      Hearings on Objections, if any, to be conducted same place, date and time.

Written objections or counterorders must be submitted to chambers by no later than close of

business *three (3) days prior* to settlement.

Dated: White Plains, New York
      August 28th,  2009

       /s/ Jeffrey L. Sapir
      **Jeffrey L. Sapir (JLS0938)**
      **Chapter 13 Trustee**
      **399 Knollwood Road**
      **White Plains, New York 10603**
      **Chapter 13 Tel. No. 914-328-6333**

TO:     United States Trustee
        33 Whitehall Street
        New York, New York 10004

        Diane E. and Sylvester Hixson
        9 Pauline Court
        Spring Valley, New York 10977

        Bleichman & Klein
        268 West Route 59
        Spring Valley, New York 10977

        Aurora Loan Services, LLC
        10350 Park Meadows Drive
        Littleton, Colorado  80124

        Aurora Loan Services, LLC
        c/o Steven J. Baum, PC
        220 Northpointe Parkway Suite G
        Amherst New York 14228

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                       Chapter 13
                                       Case No. 09-22939 RDD

**DIANE E. HIXSON AND
SYLVESTER HIXSON,**

                              Debtor(s
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee, having moved for an order dismissing this chapter 13 case, and upon the motion and the record of the November 9, 2009 hearing thereon, the Court having found that the above-captioned debtors have failed to comply with the provisions of 11 U.S.C. §1307(c)(1), having created unreasonable delay that is prejudicial to creditors, and (c)(4), having failed to remit timely proposed plan payments to the trustee; and the Court also having found that the debtors' plan is not feasible and that the debtors are unable to confirm a plan; and good cause appearing,

    **IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       November    , 2009

                                      _____
                                      **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

|  | Chapter 13 |
|  | Case No.09-22939  RDD |

**DIANE E. HIXSON AND
SYLVESTER HIXSON,**

**TRUSTEE'S AFFIDAVIT**

Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER  )    ss.:

Jeffrey L. Sapir, being duly sworn, deposes and says:

1.      He is the standing Chapter 13 Trustee.

2.      The debtors filed a Chapter 13 proceeding on June 1st, 2009.

3.      A hearing on confirmation was held on August 25th, 2009.

4.      The debtors failed to comply with the provisions of 11 U.S.C. §1307(c)(1)

and (c)(4).

5.      The debtors failed to remit timely proposed plan payments to the trustee,

having remitted  -0- payments, and being, at this juncture, *two months in arrears with a further*

*payment becoming due on September 1st, 2009.*.

6.      The debtors' plan is deemed infeasible with respect to claims filed.

7.      At the  aforesaid confirmation hearing held on August 25th, 2009, the debtors'

case demonstrated infeasibility and an inability to confirm.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing

this case  be signed.

/s/ Jeffrey L. Sapir
                                                          **Jeffrey L. Sapir**

Sworn to before me this
28th  day of  August, 2009
   /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of  New York
No. 4836806
Qualified in Westchester County
Term Expires:  10/31/09

UNITED  STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                    Chapter  13

**DIANE E. HIXSON AND**
**SYLVESTER HIXSON,**

                          Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER    )  ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein,  I am over the age of 18 years and reside in the County of Westchester, State of  New York. On  August 28th,  2009, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly  sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:  United States Trustee
     33 Whitehall Street
     New York, New York 10004

     Diane E. and Sylvester Hixson
     9 Pauline Court
     Spring Valley, New York 10977

     Bleichman & Klein
     268 West Route 59
     Spring Valley, New York 10977

     Aurora Loan Services, LLC
     10350 Park Meadows Drive
     Littleton, Colorado  80124

     Aurora Loan Services, LLC

c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst New York 14228


                                                          /s/ Lois Rosemarie Esposito
                                                        **Lois Rosemarie Esposito**

Sworn to before me this
 28th day of  August,  2009


  /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10